1036

[No. 44934-6-I.    Division One.    February 14, 2000.]

JOHN L. CORRIGAN, *Appellant*, v. IMAGINETICS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-05580-4, Jay V. White, J., entered June 18, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45111-1-I.    Division One.    February 14, 2000.]

*In the Matter of the Personal Restraint of* MARK SINGLETON, *Petitioner.*

Petition for relief from personal restraint. Petition *granted* and case *remanded* by unpublished per curiam opinion.

[Nos. 45128-6-I; 45240-1-I.    Division One.    February 14, 2000.]

*In the Matter of the Personal Restraint of* DAVID ELLIS, *Petitioner.*

Petitions for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 17455-7-III.    Division Three.    February 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEEROY VANDERPOOL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 97-1-00518-7, Vic L. VanderSchoor, J., entered April 17, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.